**Order entered June 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00614-CV

## LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, Appellant

## V.

## TINSTAR TITLE INC. D/B/A TINSTAR LITIGATION SUPPORT AND TITLE, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-10455

## ORDER

Before the Court are appellant's May 28, 2019 motion for an extension of time to file its notice of appeal, appellee's response to the motion, and appellant's June 4, 2019 motion for leave to file a reply. We **GRANT** appellant's motion for leave to file a reply. After considering the motion, response, and reply, we **GRANT** appellant's motion for an extension of time to file a notice of appeal. The notice of appeal filed on May 24, 2019 is deemed timely for jurisdictional purposes. As this is an appeal of an interlocutory order, we **DIRECT** the Clerk of this Court to designate this appeal as accelerated.

We **ORDER** David Langford, Official Court Reporter for the 44th Judicial District Court, to file the reporter's record by **June 17, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Langford and all parties.

/s/     KEN MOLBERG
        JUSTICE